# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CARSON BRENT HODGES,                    1:09-cv-00699-DLB (HC)

                Petitioner,        ORDER AUTHORIZING IN FORMA
                                PAUPERIS STATUS

    v.

ARNOLD SCHWARZENEGGER,

                Respondent.
_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.   Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed in forma pauperis.


      IT IS SO ORDERED.

      **Dated:**   **May 14, 2009**            _____**/s/ Dennis L. Beck**_____
                                       UNITED STATES MAGISTRATE JUDGE